ANTHONY YENI et al., Respondents-Appellants, v. PUBLIC MILK COMPANY, INC., Appellant-Respondent.

714

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.